**Alan Gjurovich; Star: Hills;**

**temporary mailing location:**
care of: 3018 Linden Avenue,
near: [Bakersfield, California ]
non domestic without the U.S.

FILED
AUG 2 0 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

CASE#: CASE # :  10-14535-A-7

IN RE:

Alan David Gjurovich

OBJECTIONS OF Alan David Gjurovich TO MOTION FOR RELIEF FROM STAY OF GMAC MORTGAGE LLC; SUPPORTING AFFIDAVIT & DEMAND FOR EVIDENTIARY HEARING

HEARING DATE: AUGUST 24, 2010;
DEPARTMENT: A; TIME: 1:00 P.M.

1. Comes now Alan David Gjurovich with his Objections to Motion for Relief from Automatic Stay of GMAC MORTGAGE LLC, & DEMAND FOR NOTICED EVIDENTIARY HEARING AS FOLLOWS:

## SUPPORTING AFFIDAVIT

2. Alan David Gjurovich SAYS & Declares:

3. I was witness to and have direct personal knowledge of the following matters of fact & Law, and I am competent to testify to the truth of the same if I am Called upon to do so;

4. I received a written Motion from GMAC MORTGAGE LLC for Relief from the Automatic Stay in this case in the mail, & hereby make the following Objections to said Motion & Demand for a Noticed Evidentiary hearing where I can present my full Opposition in Writing before this Court according to Local & Federal Rules;

## FACTS & ALLEGATIONS

### PARTIES & RELATIONSHIPS

1. Alan Gjurovich (hereafter Alan) is a sovereign man of God living on the land in the De-Jure Country called California Republic, WHO OBTAINED A FIFTY (50 %) PERCENT OWNERSHIP INTEREST IN THE "REAL PROPERTY" COMMONLY REFERRED TO AS BEING LOCATED AT " [3018 LINDEN AVENUE, BAKERSFIELD CALIFORNIA] " *ON OCTOBER 5, 2009* BY WAY OF A QUIT CLAIM DEED EXECUTED BY THE OWNER OF THE SAID PROPERTY Star: Hills, THE LEGAL DESCRIPTION OF THE SAID PROPERTY IS: ON HALF OF Lot 17 in Block 26 of Skyline Park Subdivision No. 2 according to the map thereof filed on August 13, 1923, and recorded in Book 3, pages 88 to 93, inclusive, of Maps, in the Office of the County Recorder of said County. APN: 123-330-06." COMMONLY REFERRED TO AS [ "3018 LINDEN AVENUE, BAKERSFIELD, CALIFORNIA"] . & ASSUMED ONE HALF OF THE

ALLEGED LIEN ON THE PROPERTY CLAIMED BY DEFENDANT GMAC MORTGAGE LLC ( HEREAFTER GMAC ) VIA ALLEGED MORTGAGE RE FINANCE LOAN #: 40824789, WHICH IS RECORDED IN THE KERN COUNTY RECORDERS OFFICE, & THUS IS AN INTERESTED PARTY TO SAID ALLEGED LOAN, WHOSE RIGHTS IN SAID PROPERTY ARE PRESENTLY DETRIMENTALLY AFFECTED BY SAID ALLEGEDLY CLAIMED LIEN. SEE: CERTIFIED COPY OF ALLEGED QUIT CLAIM DEED RECORDED IN KERN COUNTY RECORDERS OFFICE, DOCUMENT NUMBER #: 0209147487; THE LEGAL DESCRIPTION OF THE PROPERTY OF SAID PLAINTIFF IS, HALF OWNERSHIP INTEREST IN: "All of Lot 17 in Block 26 of Skyline Park Subdivision No. 2 according to the map thereof filed on August 13, 1923, and recorded in Book 3, pages 88 to 93, inclusive, of Maps, in the Office of the County Recorder of said County. APN: 123-330-06." COMMONLY REFERRED TO AS ["3018 LINDEN AVENUE, BAKERSFIELD, CALIFORNIA"] AND IS CURRENTLY SUING THE SAID GMAC MORTGAGE LLC, & OTHER PARTIES IN STATE COURT (CASE NUMBER PENDING AS OF THIS WRITING) TO QUIET TITLE ON THE FOR MENTIONED PROPERTY FOR A COURT DETERMINATION THAT HE IS THE LAWFUL OWNER OF HALF RIGHTS & INTERESTS TO THE SAID PROPERTY PURSUANT TO THE SAID QUIT CLAIM DEED EXECUTED BY Star: Hills IN October of 2009 as set forth herein, AGAINST THE ADVERSE CLAIMS OF DEFENDANT GMAC MORTGAGE LLC, TO LEGAL TITLE BY WAY OF PURCHASE AT AN ALLEGED PUBLIC SALE OF THE SAID PROPERTY PURSUANT TO AN ALLEGED FORECLOSURE AGAINST Star: Hills WHO IS ALSO SUING

DEFENDANTS IN FOR QUIET TITLE ON HER HALF OWNERSHIP INTEREST AGAINST THE SAME ADVERSE CLAIM OF THE SAME DEFENDANT GMAC MORTGAGE LLC. Alan Gjurovich ALSO SEEKS A DECLARATORY JUDGMENT THAT THE ALLEGED MORTGAGE, PROMISSORY NOTE, & DEED OF TRUST CLAIMED BY SAID DEFENDANT WAS RESCINDED PRIOR TO THE ALLEGED PUBLIC SALE OF THE PROPERTY IN QUESTION BY Star: Hills & THAT THE ALLEGED DEED UPON SALE CLAIMED GMAC DEFENDANT WAS & IS VOID AB INITIO AS A MATTER OF CALIFORNIA LAW DUE TO SAID RESCISSION WHICH OCCURRED PRIOR TO THE ALLEGED SALE OF 11 / 13 / 2008.

 THESE QUIET TITLE DETERMINATIONS & DECLARATIONS ARE NEEDED DUE TO THE FAILURE OF THE SAID DEFENDANT GMAC MORTGAGE LLC & ETS SERVICES LLC TO ACKNOWLEDGE THE VALIDITY OF THE NOTICE OF RESCISSION SERVED ON THEM PRIOR TO THE ALLEGED SALE & PURCHASE OF THE HOME & PROPERTY IN QUESTION. IN CONJUNCTION WITH THESE ACTIONS Alan Gjurovich SEEKS A JUDGMENT FOR EQUITABLE RELIEF TO SET ASIDE THE ALLEGED PUBLIC SALE OF SAID HOME & PROPERTY ON 11 / 13 / 2008 *BASED UPON THE PRIOR RESCISSION & THE ONGOING FRAUD OF THE SAID GMAC AND SEEKS OTHER SPECIFIED RELIEF.*

2. GMAC IS AN Artificial ENTITY ( & OTHER Named Defendants are Licensed Corporate Entities) ORGANIZED FOR PROFIT & WHO REGULARLY COMMITS FRAUD UPON THE PUBLIC, AS A MATTER OF POLICY, CUSTOM, HABIT,

PATTERN & PRACTICE, & their Officers, & Employees, or Contractors, WHO FALSELY & FRAUDULENTLY CLAIM ( ETS SERVICES, LLC & ALLEGED "TRUSTEE SALES OFFICER" OMAR SOLORZANO ) TO HAVE SOLD & PURCHASED ( GMAC ) THE HOME & LAND OF Star & Alan UNDER A CERTAIN ALLEGED "DEED OF TRUST" CLAIMED AS A FINANCING INSTRUMENT FOR THE SAID ALLEGED MORTGAGE REFINANCE LOAN #: 40824789. THE ALLEGED DEED OF TRUST STATES THAT MERS (MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., WAS THE "BENEFICIARY" OF SAID DEED OF TRUST. HOWEVER AT THE TIME OF THE ALLEGED CREATION OR EXECUTION OF THE ALLEGED DEED OF TRUST THE SAID "MERS" WAS NOT THE BENEFICIARY OF THE ALLEGED MORTGAGE REFINANCE LOAN.

THE BENEFICIARY OF THE ALLEGED MORTGAGE REFINANCE LOAN WAS "MORTGAGEIT INC", & "MERS" WAS NEVER AN AGENT AUTHORIZED TO EXECUTE THE MORTGAGE PROVISIONS REGARDING THE SECURITY INSTRUMENT AGREEMENT IN THE DEED OF TRUST FOR SAID ALLEGED BENEFICIARY "MORTGAGEIT INC.", AS NEITHER SAID PARTY EVER RECORDED A POWER OF ATTORNEY WITH KERN COUNTY RECORDERS OFFICE AS REQUIRED BY CALIFORNIA LAW & AS REQUIRED BY THE DEED OF TRUST WHICH REQUIRES COMPLIANCE WITH ALL FEDERAL & LOCAL LAWS, DID NOT PARTICIPATE IN THE ALLEGED LOAN OFFER OR NEGOTIATIONS, & THEREFOR COULD NOT HAVE BEEN A KNOWING CONTRACTOR WITH Star: Hills IN THE ALLEGED TRANSACTION WHICH RENDERS ALLEGED TRANSACTION VOID AB INITIO; SAID GMAC

HAS COMMITTED & ARE NOW COMMITTING ABUSE OF PROCESS; FRAUD; DECEIT; & OTHER TORTS & CRIMINAL VIOLATIONS IN THE COURTS AGAINST BOTH Star & Alan. Said Defendants are subject to the laws of the De-Facto State of California, and the Jurisdiction of this Court.

3. The *President of GMAC MORTGAGE LLC, KNOWINGLY WILLINGLY PERPETRATED A FRAUD UPON THE PUBLIC, UPON Star, & UPON THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF KERN, BY PURPORTING TO HOLD A PUBLIC SALE OF THE HOME & LAND IN QUESTION, AFTER HE RECEIVED NOTICE OF LAWFUL RESCISSION OF THE WHOLE ALLEGED TRANSACTION PRIOR TO THE DATE OF THE PLANNED "PUBLIC SALE" OF THE SAID " REAL PROPERTY" WHICH ACT OF "SALE" AFTER LAWFUL RESCISSION WAS KNOWING WRONGFUL CONVERSION OF REAL PROPERTY, THEFT OF REAL PROPERTY, FRAUD, CONSTRUCTIVE FRAUD, DECEIT, ALL WITH THE INTENT TO CAUSE HARM, INJURY & DAMAGE TO Star.* Said Defendant thereafter knowingly, willingly, intentionally FILED a Fraudulent Law suit against Star VIA THEIR AGENT THE "David Endres Law firm" for a Falsely & Fraudulently alleged Unlawful Detainer KERN COUNTY SUPERIOR COURT CASE *S-1500-CL-236547-SMK* WHICH AMOUNTED TO ABUSE OF PROCESS, FRAUD UPON THE PUBLIC, FRAUD UPON THE COURT, FRAUD UPON Star, only after Star first filed & served on the said President of GMAC MORTGAGE LLC her own law suit to enforce the Rescission of the whole alleged Mortgage re-Finance Loan Contract, for Fraud, & for other causes. Said President, Vice President, & other Corporate Officers Acting on behalf of GMAC MORTGAGE LLC, *REFUSED &*

*FAILED to inform the Endres Law Firm, whom they hired & caused to file the Unlawful Detainer Action against Star in Case #: S-1500-CL-236547-SMK, that Star had filed a law suit against GMAC MORTGAGE LLC, to enforce the prior Rescission & for Fraud, Etc., which was at that time ongoing & affected the ability of GMAC MORTGAGE LLC TO PROSECUTE AN UNLAWFUL DETAINER ACTION WHILE THERE WAS AN ACTION OVER THE TITLE TO THE PROPERTY BEING PROSECUTED BY Star. The said failure to inform their Counsel the Endres Law Firm that they, GMAC MORTGAGE LLC WERE BEING SUED IN A PRIOR FILED LAW SUIT BY Star: Hills TO ENFORCE THE PRIOR RESCISSION OF THE WHOLE ALLEGED MORTGAGE TRANSACTION WAS A FRAUD BY GMAC MORTGAGE LLC, & THEIR OFFICERS PRESIDENT JOHN DOE 1, & VICE PRESIDENT Charles R. Hoecker, & FURTHER ABUSE OF PROCESS. AFTER a copy of the law suit filed by Star against GMAC MORTGAGE LLC, KERN COUNTY SUPERIOR COURT #: S-1500-CV-265552 WDP was mailed to the Endres Law firm by Star, the Endres Law firm quickly Dismissed that Unlawful Detainer Law suit and Removed them selves as Counsel of Record.* (there are published cases where Courts have Ruled that where there is litigation over the Title to real property an unlawful detainer action does not lie in the same Court, where the real issue before the Court is Title to the Property.) Shortly after the dismissal of the first Unlawful Detainer Action said Defendant John Doe 1 President of GMAC MORTGAGE LLC, FILED yet another Unlawful Detainer against Star, this time VIA HIS AGENT Ruzicka & Wallace, LLP, Case #: S-1500-CL237061-LHB in March of 2009, *though he had received the Notice of Rescission of the whole Transaction, & he also knew that a law suit*

*had been filed prior to the alleged sale of the Property & Home of Star & prior to the unlawful detainer Action to enforce the Rescission and was ongoing at that time, WHICH PRECLUDED THE FILING OF THE SAID UNLAWFUL DETAINER UNDER C.C.P. SECTION 1161a AS NO TITLE COULD BE PERFECTED AS LONG AS THE PRIOR FILED ACTION OVER TITLE WAS ON GOING; A DULY PERFECTED TITLE IS AN EXPRESS PRE-REQUISITE THAT MUST BE ACCOMPLISHED BY ANY PLAINTIFF IN AN UNLAWFUL DETAINER SUIT PRIOR TO THE FILING OF SUCH AN ACTION IN COURT; THE FILING OF SAID UNLAWFUL DETAINER ACTION BY SAID DEFENDANT WAS AN ABUSE OF PROCESS by said President John Doe 1 & GMAC MORTGAGE LLC, as well as the Vice President Charles R. Hoecker who was the Man in Charge of Loan Servicing, & was the "Servicer" of the alleged Mortgage Refinance Loan. BOTH OF SAID DEFENDANTS had prior Personal Knowledge of the prior Rescission of the whole Transaction, & WERE PRIVY TO THE FACTS OF THE PRIOR FRAUDULENT INDUCEMENT, PROMISSORY FRAUD, DECIET, AND CONSTRUCTIVE FRAUD, ETC., AGAINST Star WHICH ALSO CONSTITUTED A VIOLATION OF THE CLEAN HANDS DOCTRINE, IN THAT THEY CAME INTO BOTH PROCEEDINGS WITH UNCLEAN HANDS DUE TO THEIR BEING PRIVY & COOPERATIVE IN THE SAID FRAUDULENT ACTIONS IN OBTAINING THE ALLEGED MORTGAGE CONTRACT; & whose silence about the Prior Lawful Rescission was Fraud as well. Said Defendant John Doe 1 & the ALLEGED "Lender" "MORTGAGEIT INC." failed to Execute any "POWER OF ATTORNEY" TO EXECUTE THE PROVISIONS OF THE ALLEGED MORTGAGE CONTRACT & RECORD THE SAME WITH THE KERN COUNTY RECORDERS OFFICE AS*

*EXPRESSLY REQUIRED BY CALIFORNIA LAW UNDER THE CALIFORNIA CIVIL CODE, SECTIONS 23.2; 2400; 2933; 2295-2300; 2304-2326; 2330-2339; 2342-2345; 2349-2351; & CALIFORNIA PROBATE CODE SECTION 4026, RENDERING ANY PURPORTED ACTIONS BY GMAC MORTGAGE LLC, THEIR PRESIDENT, JOHN DOE 1, ETS SERVICES LLC, & Vice President Charles R. Hoecker THE ALLEGED "LOAN SERVICER" & THEIR ALLEGED "SALES TRUSTEE, DEFENDANT "OMAR SOLORZANO" ON BEHALF OF THE SAID ALLEGED "LENDER" MORTGAGEIT INC., AS AN "AGENT" OF SAID ALLEGED "LENDER" VOID AB INITIO, ULTRA VIRES, & OF NO VALIDITY OR EFFECT UNDER THE LAW, & RENDERING ALL SAID DEFENDANTS LIABLE FOR ALL SAID ACTS WHICH WERE A FRAUD ON Star, ON THE "PUBLIC" & ON THE COURT, & AN "ABUSE OF PROCESS" IN THEIR SUBSEQUENTLY FILED LAW SUITS FOR "UNLAWFUL DETAINER". DEFENDANT JOHN DOE 1, BECAME PRIVY TO THE FRAUD, PROMISSORY FRAUD, & FRAUDULENT INDUCEMENT IN THE ORIGINAL ALLEGED MORTGAGE CONTRACT WHEN THEY WERE SERVED BY Star: Hills WITH HER NOTICE OF RESCISSION ON NOVEMBER 7, 2008, PRIOR TO THE ALLEGED PUBLIC SALE OF THE SAID HOME & PROPERTY.*

4. DUE TO THE FOREGOING GMAC HAS NO STANDING IN THIS COURT AS THEY CAN CLAIM NO INTEREST IN THE SAID PROPERTY WHICH IS BEING CLAIMED AS EXEMPT IN THIS CASE, & THERE IS FULL EQUITY IN SAID PROPERTY, & Alan David Gjurovich HOLD BOTH EQUITABLE, LEGAL & LAWFUL TITLE TO SAID PROPERTY; FURTHERMORE GMAC COMES INTO THIS COURT WITH UNCLEAN HANDS DUE TO THE STATED FRAUD IN THE

SAME TRANSACTION AGAINST Alan David Gjurovich & Star: Hills WHICH FRAUD IS ONGOING AT THE PRESENT TIME WHICH PRECLUDES THEM FROM SEEKING EQUITY FROM THIS COURT, & RELIEF FROM STAY IS AN EQUITABLE REMEDY AS THEY HAVE NO FINANCIAL INTEREST IN THE PRESENT ACTION HAVING WAIVED ALL FINANCIAL DAMAGES IN THE STATE COURT UNLAWFUL DETAINER ACTION, IT IS CLEAR THEY CAN ONLY SEEK EQUITY FROM THE COURT, WHICH RELIEF MUST NOW BE DENIED AS A MATTER OF STATE & FEDERAL LAW.

### -CONCLUSION-

IN LIGHT OF ALL THE FOREGOING THIS COURT IS REQUIRED TO SET THE MATTER FOR A FULL NOTICED EVIDENTIARY HEARING WHERE Alan David Gjurovich CAN PRESENT HIS FULL OPPOSITION WITH TESTIMONY & DOCUMENTARY EVIDENCE IN SUPPORT OF HIS CLAIMS & ALLEGATIONS SET FORTH HEREIN, & THIS COURT IS RESPECTFULLY REQUESTED TO DO JUST THAT,

*On this day, the-Twentieth -day-of-the-eighth-month-of-Two-thousand-and-ten,*

I the Undersigned declare Under penalty of perjury Under the laws of the United States of America that the foregoing is true & Correct.

Alan Gjurovich,
all Rights reserved.

# PROOF OF SERVICE

I THE UNDERSIGNED HEREBY DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF UNITED STATES THAT I SERVED THE HERE ATTACHED DOCUMENT DESCRIBED AS:

OBJECTIONS TO MOTION FOR RELIEF FROM STAY & DEMAND FOR NOTICED EVIDENTIARY HEARING OF Alan David Gjurovich

ON THE PARTIES NAMED BELOW AT THE ADDRESSES TO FOLLOW BY BY FIRST CLASS US MAIL TO THE PARTIES NAMED BELOW AT THE ADDRESS TO FOLLOW ON THE DAY OF AUGUST 20, 2010

GMAC MORTGAGE LLC, C/O COUNSEL OF RECORD
RUZICKA & WALLACE, LLP,
16520 BAKE PARKWAY, SUITE 280,
IRVINE, CA 92618

I am not a party to the within action. I am over the age of Eighteen years. My proper mailing contact location is _po 71537 po Box Bakersfield California 93387_

Executed by my hand on this 20 th day of August, 2010, in the County of FRESNO, Republic of California,

/S/ _Daniel Lopez._