FILED
August 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D38

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER**

| | |
|---|---|
| Case Title : | Alan David Gjurovich |
| Case No : | 10−14535 − A − 7 |
| Date : | 8/24/10 |
| Time : | 01:00 |

Matter : [30] − Motion/Application for Relief from Stay [RSS−26] Filed by Creditor GMAC Mortgage, LLC (Fee Paid $150) (dmof)

Judge : Whitney Rimel
Courtroom Deputy : Gay Parker
Reporter : Linda Gorman
Department : A

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney − Dixon Kummer spec.
**Respondent(s) :**
    Debtor − Alan David Gjurovich

CIVIL MINUTE ORDER
(NOTICE OF AND ORDER FOR EVIDENTIARY HEARING/TRIAL)

( X ) An evidentiary hearing/trial will be held on September 21, 2010 at 2:00 p.m. at 1300 18th Street, First Floor, Bakersfield, California.

NOTE: HEARING/TRIAL DATES ARE NOT CONTINUED OR VACATED ABSENT GOOD CAUSE, ON NOTICED MOTION, SUPPORTED BY COMPETENT EVIDENCE.

( X ) Hearing/Trial is scheduled for one hour.

EACH PARTY HERETO, OR EACH PARTY'S RESPECTIVE ATTORNEY, SHALL, ON OR BEFORE SEPTEMBER 14, 2010, AT 4:00 P.M., FILE WITH PROOF OF SERVICE UPON EACH ADVERSE PARTY:

( X ) A list of all witnesses to be called by the parties, including complete addresses with zip codes and phone numbers; a brief statement of the issues on which the witness is expected to testify; and a disclosure of whether the witness will be asked to testify as an expert, and if so, on what topic.

EACH PARTY HERETO, OR EACH PARTY'S RESPECTIVE ATTORNEY, SHALL, ON OR BEFORE SEPTEMBER 14, 2010, AT 4:00 P.M., DELIVER TO THE CLERK, U. S. BANKRUPTCY COURT, WITH A COVER PAGE CLEARLY MARKED, "NOT TO BE FILED, DELIVER TO LAW CLERK, CHAMBERS OF JUDGE WHITNEY RIMEL", THE ORIGINAL AND ONE COPY OF THE FOLLOWING, WITH PROOF OF SERVICE UPON EACH ADVERSE PARTY:

( X ) All documents and other items of evidence proposed to be identified and introduced, together with a cover page consisting of an index of said documents and items of evidence. Creditor/Movant will mark and separate with tabs all of his documents "1", "2", and following. Debtor will mark and separate with tabs his documents "A", "B", and following. In the case of two (2) or more exhibits, they should be placed in three−ring binders.

(1) The parties shall make a good faith attempt to stipulate to the authenticity and possible admissibility (without the necessity for live testimony) of the documents that

have been exchanged.

(2) Each party submitting document shall certify in writing that all of the documents are legible, have been read by the certifying party/trial attorney, and are relevant to the issues of the proceeding.

(3) Requirements for stipulations for settlement:

(a) Stipulations for settlement shall be in writing, executed by each party or their counsel and delivered, before the date of hearing/trial, to Chambers of Judge Rimel; or

(b) If time constraints prevent reducing a settlement to writing prior to hearing/trial, all the parties, or their counsel, shall (1) advise Chambers of the settlement; and (2) appear at the time set for hearing/trial and recite the stipulation on the record.

(4) Failure to comply with this order may result in the imposition of sanctions, including not being permitted to call witnesses who were not timely identified or to introduce into evidence exhibits, copies of which were not timely submitted.

Dated:

Aug 25, 2010

_____
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Richard Sontag
16520 Bake Pkwy #280
Irvine, CA 92618


Alan Gjurovich
3018 Linden Ave
Bakersfield, CA 93305


Randell Parker
3820 Herring Rd
Arvin, CA 93203